IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RONAE H.,[1]

   Plaintiff,           Civ. No. 3:18-cv-1010-MK

  v.               ORDER

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

   Defendant.
_____

MCSHANE, Judge:

  Magistrate Judge Mustafa Kasubhai filed a Findings and Recommendation (#28), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although neither party filed objections, I reviewed the legal principles *de novo. United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct. Magistrate Judge Kasubhai's Findings and Recommendation (#28) is adopted. The Commissioner's decision is REVERSED and REMANDED for calculation of benefits.

IT IS SO ORDERED.

  DATED this 24th day of September, 2019.

                 _____/s/ Michael J. McShane_____
                     Michael McShane
                   United States District Judge

---

[1] In the interest of privacy, this order uses only the first name and the initial of the last name of the non-governmental party in this case.

1 – ORDER